No. 84–6044. DAY *v.* DEANDA, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Motion of petitioner to expedite consideration of the petition for writ of certiorari or in the alternative issue a temporary restraining order denied.

No. 84–896. IN RE ANDERSON;
No. 84–964. IN RE EGLE;
No. 84–5848. IN RE TYLER; and
No. 84–5977. IN RE RAY. Petitions for writs of mandamus denied.

No. 84–435. RUSSELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. 

No. 84–489. PENNSYLVANIA BUREAU OF CORRECTION *v.* UNITED STATES MARSHALS SERVICE ET AL. C. A. 3d Cir. Certiorari granted. 

No. 84–732. CLEAVINGER ET AL. *v.* SAXNER ET AL. C. A. 7th Cir. Certiorari granted. 

No. 84–701. UNITED STATES *v.* RIVERSIDE BAYVIEW HOMES, INC., ET AL. C. A. 6th Cir. Motion of National Wildlife Federation et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. 

No. 84–744. UNITED STATES *v.* LANE ET AL.; and
No. 84–963. LANE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 735 F. 2d 799.

No. 84–773. BENDER ET AL. *v.* WILLIAMSPORT AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. Motion of National Association of Secondary School Principals for leave to file a brief as *amicus curiae* granted. Certiorari granted. 

No. 84–786. MAINE *v.* MOULTON. Sup. Jud. Ct. Me. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.